IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS MOSS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-216-M-BK |
| | § | |
| US BANK NATIONAL ASSOCIATION | § | |
| as Trustee for Residential Mortgage Asset | § | |
| Backed Certificates Pass-Through | § | |
| Certificates Series 2005-EFC2 | § | |
|     Defendant. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion to Remand*, Doc. 5, is **DENIED**. Defendant's *Motion to Vacate Default Judgment*, Doc. 4, is **GRANTED**. Defendant has 21 days from the date of this Order to answer or otherwise respond to Plaintiff's *First Amended Petition*, Doc. 1-1 at 42.

**SO ORDERED** this 8 day of June, 2016.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE